IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

CHRISTOPHER LEE SIRMONS, JR., :
    Petitioner, :
      : No. 1:19-cv-625
v. :
      : (Judge Kane)
ROBERT GILMORE, et al., :
    Respondents :

# ORDER

**AND NOW**, on this 21st day of August 2019, in accordance with the Memorandum filed concurrently with this Order, **IT IS ORDERED THAT**:

1. Petitioner's petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254 (Doc. No. 1) is **DISMISSED**;

2. A certificate of appealability **SHALL NOT ISSUE**. See 28 U.S.C. § 2253(c)(2); and

3. The Clerk of Court is directed to **CLOSE** the above-captioned action.

                    s/ Yvette Kane
                    Yvette Kane, District Judge
                    United States District Court
                    Middle District of Pennsylvania